UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

M.B. by his next friend )
Ericka Eggemeyer; E.S. by )
her next friend A.S.; Z.S. )
by her next friend S.H.; )
K.C. by her next friend )
Kris Dadant; A.H. by her )
next friend Kealey )
Williams, for themselves )
and those similarly )
situated, )
)
      Plaintiffs, )
)
vs. ) Case No.
) 2:17-cv-04102-NKL
Steve Corsi, in his )
official capacity as Acting )
Director of the Missouri )
Department of Social )
Services; Tim Decker, in )
his official capacity as )
Director of the Children's )
Division of the Missouri )
Department of Social )
Services, )
)
      Defendants. )

CERTIFICATE OF OFFICER & STATEMENT OF COSTS

Transcript of Deposition of
SUSAN KAYE SAVAGE
March 7, 2018

ORIGINAL

JEFFERSON CITY   CAPITAL CITY COURT REPORTING   THE LAKE AREA
(573)761-4350   www.capitalcitycourtreporting.com   (573)365-5226
Case 2:17-cv-04102-NKL   Document 114   Filed 03/19/18   Page 1 of 2

```
 1  Name & address of person or firm having custody of the
 2  original transcript:  SCOTT T. SCHUTTE, 77 West Wacker
 3  Drive, Chicago, Illinois.
 4

 5
    TAXED IN FAVOR OF:  Plaintiffs, represented by
 6  SCOTT T. SCHUTTE:  Attendance, original with original
    exhibits, pdf and scanned exhibits,
 7
                  Total......$ 1,150.95
 8


 9  TAXED IN FAVOR OF:  Defendants, represented by
10  RUSSELL J. KELLER:  E-transcript and scanned exhibits,

11                Total......$ 499.95


12
    Upon delivery of transcripts, the above charges had not
13  yet been paid.  It is anticipated that all charges will
    be paid in the normal course of business.
14
                    TAMMY F. BALLEW, CCR
15                CAPITAL CITY COURT REPORTING
             Jefferson City ** The Lake ** Columbia
16              573-761-4350 * 573-365-5226

17
18  IN AFFIRMATION THEREOF, I have hereunto set my hand on
19  this 13th day of March, 2018.
20
21              [signature: Tammy F. Ballew]
22              _____
23                   TAMMY F. BALLEW, CCR
24                CAPITAL CITY COURT REPORTING
25
```