# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-8009

M.B., by next friend Ericka Eggemeyer, et al.

Respondents

v.

Steve Corsi, in his official capacity as Acting Director of the Missouri Department of Social Services and Julie Lester, in her official capacity as Director of the Children's Division of the Missouri Department of Social Services

Petitioners

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:17-cv-04102-NKL)

---

**ORDER**

The petition for 23(f) appeal, filed by petitioners Steve Corsi and Julie Lester, is granted.

The case is being regularly docketed as case number 18-2798.

August 22, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　/s/ Michael E. Gans