UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| M.B., et al., | ) |
|---|---|
| Plaintiffs, | ) |
| v. | ) Case No. 2:17-cv-04102-NKL |
| Jennifer Tidball, et al., | ) |
| Defendants. | ) |

## SCHEDULING ORDER FOR SETTLEMENT AGREEMENT AND ATTORNEYS' FEES

Upon receipt of the Parties' proposal and upon good cause shown, the following schedule is hereby established for the Parties' motions for approval of the Settlement Agreement and for attorneys' fees.

| Event | Proposed Date |
|---|---|
| Parties to file their joint motion for preliminary approval of the class action settlement and for approval of their class notice plan | On or by Monday, July 8, 2019 |
| Parties to send notice to the Class | The parties shall include in the joint motion for preliminary approval a proposed timeframe for sending notice to the Class following the Court's ruling on that motion. |
| Plaintiffs to file their motion for attorneys' fees and costs | On or by Thursday, August 1, 2019 |
| Defendants to file their response to Plaintiffs' motion for attorneys' fees and costs | On or by Thursday, September 26, 2019 |
| Plaintiffs to file their reply in support of their motion for attorneys' fees and costs | On or by Thursday, October 17, 2019 |
| Objection deadline | Wednesday, October 23, 2019 |
| Hearing on Plaintiffs' motion for attorneys' fees and costs | Week of October 28, 2019 |
| Parties to file their joint motion for final approval of the class action settlement | On or by Wednesday, November 6, 2019 |
| Fairness Hearing | Wednesday, November 20, 2019 at 10:00 A.M. |

Dated: June 13, 2019

s/ NANETTE K. LAUGHREY
United States District Judge