UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| M.B., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 2:17-cv-04102-NKL |
| Jennifer Tidball, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

This matter came before the Court on the Parties' Joint Motion for Final Approval of Class Action Settlement. Doc. 304. Having preliminarily approved the settlement agreement of the parties (the "Settlement Agreement") (*see* Doc. 282), reviewed the Report and Recommendation by the Honorable Lajuana M. Counts, United States Magistrate Judge, who presided over a fairness hearing on November 20, 2019 (Doc. 316), and considered all relevant factors, the Court hereby orders as follows: (1) the Settlement Agreement is "fair, reasonable, and adequate," and meets all other requirements of the Federal Rules; (2) the Settlement Agreement is finally approved and entered; and (3) the Court retains jurisdiction for purposes of enforcing the terms as set forth in the Settlement Agreement. The Court incorporates within this order the terms of the Settlement Agreement and has executed the Settlement Agreement indicating the Court's final approval.

IT IS SO ORDERED:

                                                                                                             s/ Nanette K. Laughrey
                                                                                                             NANETTE K. LAUGHREY
                                                                                                             United States District Judge

Dated: December 5, 2019
Jefferson City, Missouri