# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-1886

M.B., by next friend Ericka Eggemeyer

Appellee

E.S., by next friend A.S. and Z.S., by next friend S.H.

K.C., by next friend Kris Dadant and A.H., by next friend Kealey Williams

Appellees

v.

Jennifer Tidball, in her official capacity as Acting Director of the Missouri Department of Social Services and Tim Decker, in his official capacity as Director of the Children's Division

Appellants

___

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:17-cv-04102-NKL)

___

**MANDATE**

In accordance with the opinion and judgment of 11/16/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 08, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit